JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45150-R | 00020 | BLAYNE ALAN LASITER & NICOLE MARIE DEER | 5 | XXXXX0100 | 18.73 | 0.00 | 18.73 |
| | | Original check written to: <br> DENNIS ORTIZ, DO <br> 1305 AIRPORT FREEWAY, STE 425 <br> BEDFORD, TX 76021 | | | | | |
| 05-30038-R | 00008 | REBECCA S. UPSON | 5 | XXXXX9751 | 885.34 | 256.90 | 1,142.24 |
| | | Original check written to: <br> FANNIN CAD <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2691 | | | | | |
| 05-30065-R | 00046 | ANTONIO & ANNETTA MARIA RODRIGUEZ | 9 | XXXXX4005 | 9.77 | 27.18 | 36.95 |
| | | Original check written to: <br> FANNIN COUNTY TAX COLLECTOR <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 05-30087-R | 00033 | NORMAN T. & TAMARA G. CAVINESS | 23 | XXXXX6678 | 9.67 | 0.00 | 9.67 |
| | | Original check written to: <br> PENLEY & ALLSTATE <br> C/O ERATUS CAMPBELL <br> 116 CATHEDRAL STREET, SUITE E <br> ANNAPOLIS, MD 21401 | | | | | |
| 05-40030-R | 00009 | RONALD F. & ANGELINA VAN WOESIK | 5 | XXXXX7368 | 245.91 | 0.00 | 245.91 |
| | | Original check written to: <br> BANK OF AMERICA <br> P. O. BOX 2278 <br> NORFOLK, VA 23501-2278 | | | | | |
| 05-40512-R | 00016 | JOE LEWIS & PATRICIA DIANE JACKSON | 7 | XXXXX2256 | 189.05 | 26.40 | 215.45 |
| | | Original check written to: <br> DENTON COUNTY <br> C/O MCCREARY, ET AL <br> P. O. BOX 26990 <br> AUSTIN, TX 78755 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40634-R | 00024 | LEONARD JOHN NOWASKI, JR. & LUCILLE SUSAN NOWASKI | 10 | 1246 | 177.08 | 0.00 | 177.08 |
| | | Original check written to: GENERAL MOTORS ACCEPTANCE CORPORATION P. O. BOX 901009 FORT WORTH, TX 76101 | | | | | |
| 05-40634-R | 00039 | LEONARD JOHN NOWASKI, JR. & LUCILLE SUSAN NOWASKI | 1 | XXXXX0984 | 1,557.56 | 124.56 | 1,682.12 |
| | | Original check written to: NATIONAL CITY MORTGAGE CO. 3232 NEWMARK DRIVE MIAMISBURG, OH 45342 | | | | | |
| 05-40803-R | 00014 | THOMAS ROY & BENNIE JO IRWIN | 1 | 0479 | 802.66 | 8.02 | 810.68 |
| | | Original check written to: CAPITAL ONE DEPOSIT RECOVERY DEPARTMENT P. O. BOX 152409 IRVING, TX 75015-2409 | | | | | |
| 05-40803-R | 10014 | THOMAS ROY & BENNIE JO IRWIN | 1 | 0479 | 133.33 | 0.00 | 133.33 |
| | | Original check written to: CAPITAL ONE DEPOSIT RECOVERY DEPARTMENT P. O. BOX 152409 IRVING, TX 75015-2409 | | | | | |
| 05-41030-R | 00021 | EULANDA C. BATES | 7 | XXXXX5139 | 444.85 | 73.55 | 518.40 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 05-42336-R | 00044 | RONALD R. & SHERRY R. JUNGE | 6 | XXXXX2047 | 302.28 | 64.32 | 366.60 |
| | | Original check written to: CITICORP MORTGAGE, INC. P. O. BOX 790130 SAINT LOUIS, MO 63179-0130 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44154-R | 00010 | STEPHEN I. ROSENBERG | 5 | XXXXX5505 | 0.00 | 1.61 | 1.61 |
| | | Original check written to:<br>CAPITAL ONE, N.A.<br>P. O. BOX 152408<br>IRVING, TX 75105-2408 | | | | | |
| 05-44748-R | 00010 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 7 | 9823 | 53.27 | 0.00 | 53.27 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-44748-R | 00024 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 8 | 7046 | 57.59 | 0.00 | 57.59 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-44748-R | 00025 | TOBY JOSEPH & KRISTY ELLEN HAFERMAN | 9 | 0091 | 64.36 | 0.00 | 64.36 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-45988-R | 00001 | MELTON KEITH & CATHY DIANE POST | 1 | 2878 | 72.84 | 0.00 | 72.84 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-50467-R | 00009 | WILLIAM L. & VICKI L. COX | 7 | XXXXX6000 | 1,049.59 | 92.73 | 1,142.32 |
| | | Original check written to:<br>BOWIE CAD<br>C/O MCCREARY VESELKA BRAGG ETAL<br>P. O. BOX 26990<br>AUSTIN, TX 78755 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-50467-R | 00026 | WILLIAM L. & VICKI L. COX | 11 | 5185 | 861.38 | 178.04 | 1,039.42 |
| | | Original check written to:<br>NEW CENTURY MORTGAGE<br>P. O. BOX 514700<br>LOS ANGELES, CA 90051 | | | | | |
| 05-50467-R | 00034 | WILLIAM L. & VICKI L. COX | 11 | XXXXX4196 | 1,964.67 | 25.46 | 1,990.13 |
| | | Original check written to:<br>NEW CENTURY MORTGAGE<br>P. O. BOX 514700<br>LOS ANGELES, CA 90051 | | XXXXX6488 | | | |
| 06-40103-R | 00019 | MONTY RAY VANDERGRIFF, JR. & KIMBERLY DENISE VANDERGRIFF<br>Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | 1 | XXXXX9659 | 0.39 | 0.00 | 0.39 |
| 06-40126-R | 00024 | THAD LEON TUCKER, JR. & AMY RENEE TUCKER | 2 | XXXXX0856 | 789.45 | 306.39 | 1,095.84 |
| | | Original check written to:<br>CITY OF CORINTH<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | | | | | |
| 06-40229-R | 00014 | CRAIG O. & PAMELA J. BLANTON | 9 | XXXXX-15P | 86.51 | 1.50 | 88.01 |
| | | Original check written to:<br>BENEFICIAL FINANCE CORPORATION<br>ATTN: PAYMENT PROCESSING<br>1301 EAST TOWER ROAD<br>SCHAUMBURG, IL 60173-4374 | | | | | |
| 06-40958-R | 00006 | JACK J. WIMBERLY | 3 | 8664 | 1,278.45 | 317.10 | 1,595.55 |
| | | Original check written to:<br>MORTGAGE LENDERS NETWORK<br>213 COURT STREET<br>MIDDLETOWN, CT 06457-3345 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41467-R | 00001 | SCOTT ALAN GREENWOOD | 1 | XXXXX8936 | 141.87 | 0.00 | 141.87 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 06-42117-R | 00035 | JOSE LEONARDO OSORIO | 7 | XXXXX3021 | 229.62 | 0.00 | 229.62 |
| | | Original check written to: <br> NCO FINANCIAL SYSTEMS, INC. <br> P. O. BOX 41567 <br> PHILADELPHIA, PA 19101 | | | | | |
| 06-50049-R | 00028 | DAVID K. ORNELAS | 5 | XXXXX2TIJ | 475.08 | 279.29 | 754.37 |
| | | Original check written to: <br> BOWIE CAD <br> C/O MCCREARY VESELKA BRAGG ETAL <br> P. O. BOX 26990 <br> AUSTIN, TX 78755 | | | | | |
| 07-40105-R | 00027 | WILLIAM & CARMEN DELGADO HERRERA | 5 | XXXXX8916 | 11.71 | 0.00 | 11.71 |
| | | Original check written to: <br> USER FRIENDLY PHONE BOOK <br> P. O. BOX 131929 <br> FORT WORTH, TX 76110 | | | | | |
| 07-42456-R | 00005 | VICTOR ROBERTO & ALMA DELIA LUGO | 2 | 5593 | 393.50 | 115.80 | 509.30 |
| | | Original check written to: <br> MIDLAND MORTGAGE CO. <br> BANKRUPTCY DEPARTMENT <br> 999 NW GRAND BOULEVARD STE 100 <br> OKLAHOMA CITY, OK 73118 | | | | | |
| 07-42456-R | 00049 | VICTOR ROBERTO & ALMA DELIA LUGO | 9 | XXXXX5190 | 112.25 | 34.30 | 146.55 |
| | | Original check written to: <br> CENTENNIAL PLACE CROWLEY HOA <br> C/O SBB MANAGEMENT COMPANY <br> 1858 KELLER PARKWAY, SUITE C <br> KELLER, TX 76248 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 29, 2010

Check No. 2004636

Check Amount: $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41599-R | 00001 | VINCENT G. ESTRADA, JR. & LUDY M. ESTRADA | 1 | XXXXX1000 | 0.00 | 0.80 | 0.80 |
| | | Original check written to: SANTANDER CONSUMER USA P. O. BOX 560284 DALLAS, TX 75356-0284 | | | | | |
| 08-41785-R | 00036 | MARCUS ORLANDO & COURTNEY RENEE ROBINSON | 8 | 5342 | 152.88 | 0.00 | 152.88 |
| | | Original check written to: GMAC MORTGAGE 3451 HAMMOND AVENUE WATERLOO, IA 50702-5300 | | | | | |
| 08-42321-R | 00009 | GEORGE WASHINGTON HARGROVE, III & REGINA LYNN HARGROVE | 4 | XXXXX8391 | 0.00 | 6.14 | 6.14 |
| | | Original check written to: TRIAD FINANCIAL CORP 5201 RUFE SNOW DRIVE SUITE 400 NORTH RICHLAND HILLS, TX 76180 | | | | | |
| 08-42558-R | 00005 | BUDDY D. & VIOLA RENEE HOLLEY | 17 | 5498 | 0.00 | 0.42 | 0.42 |
| | | Original check written to: CITIFINANCIAL P. O. BOX 499 HANOVER, MD 21076 | | | | | |
| 09-42715-R | 00004 | DANNY L. WELCH | | XXXXX8992 | 71.25 | 0.00 | 71.25 |
| | | Original check written to: HSBC AUTO FINANCE P. O. BOX 60115 CITY OF INDUSTRY, CA 91716 | | | | | |
| 09-42859-R | 00005 | LESTER LEE CRAFT, JR. & TINA LORRAINE CRAFT | 11 | 4685 | 153.00 | 0.00 | 153.00 |
| | | Original check written to: ACC CONSUMER FINANCE P. O. BOX 928476 SAN DIEGO, CA 92192-8476 | | | | | |
| | | | | **TOTALS** | $12,795.89 | **$1,940.51** | **$14,736.40** |